In the Matter of the Application of PINCUS HORNSTEIN, Appellant, for Leave to Institute Suit against CHARLES KORNFELD, JOSEPH HAUPTMAN, ALBERT JAKOBSON and SAMUEL STEINFIELD on Collateral Bond Made by Them to the Applicant, Dated the 20th Day of August, 1926. CHARLES KORNFELD and Others, Respondents.— Order as resettled, in so far as it denies appellant's motion for leave, under section 1078 of the Civil Practice Act, to institute an action against respondents affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

In the Matter of the Writ of Habeas Corpus of ISIDORE RABINOWITZ, Appellant, Directed to WILBER J. KENNEDY, Respondent.— Order dismissing writ of habeas corpus and directing that the relator be delivered into the custody of the agent of the State of Pennsylvania affirmed. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Application of SMITHTOWN HORSE SHOW ASSOCIATION, Acting through and by LAWRENCE SMITH BUTLER, Its President, and of SMITHTOWN COUNTRY OUTING AND BEACH CLUB, INC., Known as the SMITHTOWN CLUB, Respondents, for a Mandamus Order against ASSOCIATION OF AMERICAN HORSE SHOWS, INC., Appellant.— Appeal from order annulling action of Association of American Horse Shows, Inc., in withdrawing its sanction and recognition to Smithtown Horse Show Association dismissed, with ten dollars costs and disbursements. The question here involved is academic and moot as to both petitioners, respondents, and involves no existing controversy. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.